UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARTHA JOHNSON,

       Plaintiff,                            Case no. 10-11412
                                              Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant,
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The court, pursuant to 72(b) of the Federal Rules of Civil Procedure, 28 U. S. C. 636(b)(1)(B), and LR 72.1(b)(3), has reviewed Magistrate Judge Laurie J. Michelson's March 31, 2011 Report and Recommendation, as well as Plaintiff's objections and Defendant's response, and upon review of the entire record;

**IT IS HEREBY ORDERED** that the Report and Recommendation is **ADOPTED** as the findings and conclusions of this court.

                                              s/John Corbett O'Meara
                                              United States District Judge

Date: April 29, 2011

     I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, April 29, 2011, using the ECF system.

                                              s/William Barkholz
                                              Case Manager